UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH P. HART,

           Plaintiff,

    v.

COUNTY OF MENDOCINO, et al.,

           Defendants.

Case No.  25-cv-04501-RFL

**ORDER REGARDING ADMINISTRATIVE REQUEST TO PRESERVE OBJECTION AND REQUEST FOR CLARIFICATION**

Re: Dkt. No. 51

       Plaintiff Joseph Hart has filed a request to preserve his objection to and for clarification of the Court's order granting Defendants' request for an extension of time to file their reply to Hart's opposition to their motion to dismiss.  (*See* Dkt. Nos. 50–51.)  These types of extensions are commonly agreed upon and commonly granted in these circumstances without compliance with Local Rule 6-3.  In any event, Defendants' failure to file a declaration satisfying Local Rule 6-3 is immaterial, as their request adequately explains the circumstances justifying the need for an extension.  Hart represents that he would not have agreed to an extension even if Defendants had sought a stipulation, and the prejudice to Hart is minimal given that the extension is only seven days.  The case management conference will be rescheduled following the Court's decision on the pending motion to dismiss.  (*See* Dkt. No. 45.)

       Hart is not represented by a lawyer in this case, so included below is information regarding the free legal resources available to a self-represented litigant.

## RESOURCES AVAILABLE

- **District Court Website:**  The District Court website (https://www.cand.uscourts.gov/pro-se-litigants/) has information on representing yourself, including basic information on filing, definitions of common legal terms, and templates for use in civil cases.

- **Pro Se Handbook:**  The District Court has produced a guide for pro se litigants called

1

*Representing Yourself in Federal Court*, which provides instructions on how to proceed at every stage of the case, including discovery, motions, and trial.  It is available electronically online (https://cand.uscourts.gov/representing-yourself/pro-se-handbook) or you may pick a hard copy free of charge from the Clerk's Office.

- **Legal Help Center:**  You may make an appointment to speak with an attorney who may be able to provide basic legal assistance, but not representation, by reaching out to the Legal Help Center.  You may either call (415) 782-8982 or email fedpro@sfbar.org.  This service is provided free of charge by the Bar Association of San Francisco.

    **IT IS SO ORDERED.**

Dated: June 10, 2026

RITA F. LIN
United States District Judge